JS-6
Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 12/11/08

DEPUTY CLERK

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 11 2008
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
DEC 11 2008
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DWAYNE FOSTER,<br><br>Petitioner,<br><br>vs.<br><br>MIKE KNOWLES, Warden,<br><br>Respondent. | Case No. CV 08-3174-VBF (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 12-8-08

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE